UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC SAARMAN, | CASE NO. C17-0412-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LARRY CHRISTENSEN, in personam; and THE F/V LYRA, Official Number 905075, her engines, machinery, appurtenances and cargo, in rem, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for additional time in which to effect service of process (Dkt. No. 8). Plaintiff seeks 60 additional days in which to effect service on the in personam Defendant. (*Id.* at 1.) Plaintiff has shown good cause for an extension pursuant to Fed. R. Civ. P. 4(m). (*See* Dkt. No. 9 at 1-2.) Accordingly, the motion (Dkt. No. 8) is GRANTED and the deadline for service of process is EXTENDED by 60 days.

//
//
//

1 DATED this 13th day of June 2017.

<pre>
                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk
</pre>

MINUTE ORDER C17-0412-JCC
PAGE - 2