THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC SAARMAN,<br><br>           Plaintiff,<br><br>    v.<br><br>LARRY CHRISTENSEN, in personam;<br>and THE F/V LYRA, Official Number<br>905075, her engines, machinery,<br>appurtenances and cargo, in rem,<br><br>           Defendants. | CASE NO. C17-0412-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's second motion for additional time in which to effect service of process (Dkt. No. 11). Plaintiff seeks 100 additional days in which to effect service on the in personam Defendant. (*Id.* at 1.) Plaintiff has shown good cause for an extension pursuant to Federal Rule of Civil Procedure 4(m). (*See* Dkt. No. 11-1 at 2-3; Dkt. No. 11-2 at 2-4.) Accordingly, the motion (Dkt. No. 11) is GRANTED and the deadline for service of process is EXTENDED by 100 days.

//

//

MINUTE ORDER C17-0412-JCC
PAGE - 1

1   DATED this 14th day of August 2017.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Paula McNabb
4                                           Deputy Clerk

MINUTE ORDER C17-0412-JCC
PAGE - 2