HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ISAAC SAARMAN,<br><br>          Plaintiff,<br>   v.<br><br>LARRY CHRISTENSEN, in personam; THE F/V LYRA, Official Number 905075, her engines, machinery, appurtenances and cargo, in rem,<br><br>          Defendants. | Case No.C17-0412-JCC<br><br>IN ADMIRALTY<br><br>ORDER AWARDING EXPENSES AND ATTORNEY FEES |

This matter comes before the Court on Plaintiff's unopposed motion to recoup expenses and attorney fees incurred in making service of process pursuant to Federal Rule of Civil Procedure 4(d)(2) (Dkt. No. 18) Having reviewed the relevant record, the Court hereby orders that Plaintiff is awarded the expenses incurred in making service of process in the amount of $ 424.50. Plaintiff is further awarded the amount of $ 2,475 in attorney fees for the time expended to effect that service of process and collect service expenses and fees.

Dated this 11th day of January 2018

JOHN C. COUGHENOUR
United States District Judge

ORDER AWARDING EXPENSES AND ATTORNEY FEES
PAGE – 1
C17-00412-JCC