UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISSAC SAARMAN, | CASE NO. C17-0412-JCC |
| Plaintiff, | ORDER |
| v. | |
| LARRY CHRISTENSEN, in personam; THE F/V LYRA, Official Number 905075, her engines, machinery, appurtenances and cargo, in rem, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's notice of voluntary dismissal (Dkt. No. 28.) Defendant has filed an answer in this matter and the parties have not stipulated to dismissal. However, the Court finds good cause to dismiss the matter at Plaintiff's request pursuant to Federal Rule of Civil Procedure 41(a)(2). The case is DISMISSED with prejudice and without costs to either party. The Clerk is DIRECTED to STRIKE all pending motions and deadlines and to CLOSE the case.

//
//
//
//

1     DATED this 4th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0412-JCC
PAGE - 2